IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JONATHAN BAILEY**                                                                                   **PLAINTIFF**

**v.**                                            **2:23-cv-00238JM**

**BILLMAN'S MOBILE HOME MOVING, LLC**
**and JOHN PHILIP THOMPSON**                                                           **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss is GRANTED. (Docket #47). All claims and causes of action are dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE